## Ella Freeman, Appellant, v. Leader Mercantile Company, Appellee.

opinion filed March 2, 1942. Whitnel, Browning, Listeman & Walker and Manuel M. Wiseman, for appellant; Altman & Bremser, of counsel; Lashly, Lashly, Miller & Clifford and Kramer, Campbell, Costello & Wiechert, for appellee; Oliver J. Miller, of counsel. Opinion by JUSTICE DADY. ''Not to be published in full.''